**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
r.venci@bsnv.law
k.molloy@bsnv.law
Attorneys for Defendant,
*ALBERTSON'S LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WALLACE BURRIS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC; DEVIN EVERETT; DOE MANAGER; DOES 1-20, inclusive; and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-1651-CDS-MDC<br><br>**STIPULATION AND ORDER REGARDING DEPOSITION OF OZZIE SCOTT** |

COME NOW, Plaintiff, WALTER BURRIS, by and through his attorney, CORY REX, ESQ., and Defendant, ALBERTSON'S LLC, by and through its attorneys, LEWIS BRANDON, JR., ESQ., RYAN VENCI, ESQ. and KRISTEN MOLLOY, ESQ. and hereby stipulate as follows:

Plaintiff properly noticed the deposition of Defendant Albertson's, LLC's current employee Ozzie Scott for October 30, 2024. Mr. Scott was designated Care Of Defendant Albertson's, LLC's attorneys BRANDON SMERBER. Mr. Scott did not appear for this deposition. Thereafter, Defendant Albertson's LLC failed to provide dates to reschedule Mr. Scott's deposition so Plaintiff re-noticed Mr. Scott's deposition for November 22, 2024. However,

Defendant's counsel has a conflict on that day with a deposition set in another matter. Therefore, the parties have agreed to stipulate that Mr. Scott's deposition will be conducted on November 20, 2024. Mr. Scott works on Wednesdays between 10:00 a.m. and 3:00 p.m.

THEREFORE, IT HEREBY STIPULATED that Defendant Albertson's, LLC shall present Ozzie Scott for deposition on Wednesday, November 20, 2024, during Mr. Scott's work hours between 10:00 a.m. and 3:00 p.m. or sanctions will be imposed.

DATED this 13th day of November, 2024.                DATED this 13th day of November, 2024.

**BRANDON | SMERBER LAW FIRM**                        **REX LAW**

*/s/ Ryan Venci, Esq.*                                */s/ Cory Rex, Esq.*

**LEW BRANDON, JR., ESQ.**                            **CORY REX, ESQ.**
Nevada Bar No. 5880                                    Nevada Bar No. 10577
**RYAN M. VENCI, ESQ.**                               170 S. Green Valley Pkwy., Ste. 300
Nevada Bar No. 7547                                    Henderson, Nevada 89012
**KRISTEN MOLLOY, ESQ.**                              *Attorneys for Plaintiff,*
Nevada Bar No. 14927                                   *WALTER BURRIS*
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S LLC*

## ORDER

IT IS SO ORDERED

DATED this  18th  day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE
MAXMILIANO D. COUVILIER III